CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: United States v. Capsel
FOR: the Southern District of Illinois
AT: Benton

**PERSON REPRESENTED** (Show your full name)
MATHEW CAPSEL

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →)
RULE 5 HEARING
☐ Felony
☐ Misdemeanor

**LOCATION NUMBER**

**DOCKET NUMBERS**
Magistrate Judge: 21-mj-4008-RJD
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Self-Employed
Name and address of employer: Georgia
IF YES, how much do you earn per month? $ 2,500
IF NO, give month and year of last employment? How much did you earn per month? $
If married, is your spouse employed? ☒ Yes ☐ No
IF YES, how much does your spouse earn per month? $ 2,500
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, total amount? $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, give value and description for each

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ Married
☐ Single ☐ Widowed ☐ Separated or Divorced
Total No. of Dependents:

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Kids | $600 | |
| Phone | $100 | |
| Cable | $30 | |
| Internet | $60 | |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 01/28/2021